UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

JOAO BINGA

    v.                                                          Civil No. 26-cv-088-LM-TSM

FCI BERLIN WARDEN ET AL.[1]

**O R D E R**

       Petitioner, an eighteen year-old civil immigration detainee from Angola, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), challenging his detention in United States Immigration and Customs Enforcement ("ICE") custody. The Petition, transferred here from the District of Massachusetts, is before this court to determine if the claims asserted are not facially invalid and may proceed. See 28 U.S.C. § 2243; Rules 1(b) & 4 of the Rules Governing Section 2254 Cases; LR 4.3(d)(4).

       Petitioner entered the United States in May 2023 without inspection or parole. Petitioner asserts he encountered border patrol agents who issued him a Notice to Appear in Immigration Court. The Petition states that Petitioner was the subject of criminal charges that have been dismissed. The Petition further reports that Petitioner has no criminal record anywhere in the world. Petitioner has been a full-time high school student in the United States with what the Petition describes as an excellent high school record.

       ICE arrested Petitioner on October 20, 2025. Petitioner remains in ICE custody at this time. The Online ICE Detainee Locator states that Petitioner is currently at the Federal Correctional

---

[1] The Strafford County Department of Corrections Superintendent or the FCI Berlin Warden, who may be Petitioner's immediate custodian(s), are proper Respondents. The clerk's office is directed to update the docket to add both the FCI Berlin Warden and the SCDC Superintendent to the docket's list of Respondents.

Institution in Berlin, New Hampshire ("FCI Berlin"), while the Petition states that Petitioner was detained at the Strafford County Department of Corrections ("SCDC").

Petitioner asserts that his current and continued detention in ICE custody violates the Immigration and Naturalization Act, associated immigration regulations, the Fifth Amendment Due Process Clause, and the Administrative Procedure Act. Petitioner seeks immediate release.

Petitioner appears to be a member of the class certified in Guerrero Orellana v. Moniz, No. 25-cv-12664-PBS (D. Mass.), and to be entitled to the class-wide relief granted by that court. See 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025), appeal docketed, No. 26-1094 (1st Cir. Jan. 26, 2026). Petitioner also appears to be similarly situated to the petitioner granted similar relief on grounds of procedural due process in Destino v. FCI Berlin Warden, 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025), and to petitioners granted a bond hearing before an Immigration Judge pursuant to the issuance of a writ of habeas corpus. See, e.g., Order, Lamidi v. FCI Berlin Warden, No. 25-cv-297-LM-TSM (D.N.H. Sept. 15, 2025) (ECF No. 14); Jimenez v. FCI Berlin Warden, 799 F. Supp. 3d 59 (D.N.H. 2025).

Petitioner's claims warrant service and an expedited response. Therefore, the Clerk's Office shall:

- Provide an electronic copy of this Order and the Petition (Doc. No. 1) to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire as soon as is practicable;

- Deliver a copy of the same documents to the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Serve the SCDC Superintendent by sending the same documents, by email, to Strafford County Attorney Emily Garod at: egarod@straffordcounty.gov, and copy that email to Meghan Raiche at mraiche@straffordcounty.gov, and the SCDC Superintendent at cbrackett@straffordcounty.gov; and

- Send copies of the same documents by certified mail to:

    - **Warden, FCI Berlin,** 1 Success Loop Rd., Berlin, NH 03570;

- o **Director, Boston Field Office, U.S. Immigration and Customs Enforcement**, 1000 District Ave., Burlington, MA 01803; and

- o **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.[2]

The Federal Respondents are ORDERED to file a response to the Petition (Doc. No. 1) no later than 4:00 p.m. on Saturday, February 7, 2026, notifying this court whether Petitioner is a member of the class certified in Guerrero Orellana v. Moniz, No. 25-cv-12664-PBS (D. Mass.). The Federal Respondents are further ORDERED to show cause, no later than 4:00 p.m. on Monday, February 9, 2026, why the court should not grant the Petition.

A hearing on the Petition may be scheduled to occur on or after February 7, 2026. Should counsel for Petitioner waive Petitioner's presence at that hearing, that hearing shall occur via video.

Any party may request a status conference at any time, including before service on Respondents is complete.

The SCDC Superintendent must file an appearance in this matter within fourteen days of service upon him. The SCDC Superintendent is not required to file an answer or other response to the Petition until further court order.

Respondents shall provide this Court with at least seventy two hours of advance notice of any scheduled removal or transfer of Petitioner out of this Court's jurisdiction. Such notice shall: (1) be filed in writing on the docket of this proceeding; (2) state the reason for the necessity of such action; and (3) state why the move should not be stayed pending further court proceedings. Notice of Petitioner's release from custody may be provided after the fact.

---

[2] The court declines to order service upon any other Respondent at this time.

3

SO ORDERED.

_____
Talesha L. Saint-Marc
United States Magistrate Judge

February 6, 2026

cc:     Joanna Silva Keefe, Esq.